# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**JUAN PÉREZ-MASPONS,**

**Plaintiff,**

**v.**  **CIVIL NO. 14-1636 (GAG)**

**STEWART TITLE PUERTO RICO, INC.,** et al.,

**Defendants.**

## JUDGMENT

Pursuant to this Court's order at Docket No. 196 granting Plaintiff's motion for voluntary dismissal and Federal Rule of Civil Procedure 41(a), **JUDGMENT** is hereby entered **DISMISSING with prejudice** all claims against Defendants. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

**SO ORDERED.**

In San Juan, Puerto Rico this 15th day of May, 2017.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge